entirely different provision from that which was being considered in the *Altman* case, *supra*.

Upon the record before us, and for the reasons stated, we hold the merchandise involved in this case to be properly dutiable at the rate of 60 percent ad valorem under paragraph 1529 (a) of the Tariff Act of 1930, as modified by the said General Agreement on Tariffs and Trade, *supra*, as laces made on a machine other than a Levers (including go-through) or bobbinet-Jacquard machine, as alleged by the plaintiff.

To the extent indicated, the specified claim in this suit is sustained; in all other respects and as to all other merchandise all the claims are overruled. Judgment will be rendered accordingly.

BEFORE THE THIRD DIVISION, NOVEMBER 18, 1954

**No. 58521.**—Austin, Nichols & Co., Inc. *v.* United States, protests 208100–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 58522.**—James Barclay & Co., Ltd., et al. *v.* United States, protests 220120–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 58523.**—Air Clearance Ass'n, Inc. *v.* United States, protest 224087–K (B) (New York).

Opinion by JOHNSON, J. It was stipulated that the collector has waived the record evidence of exportation and that the merchandise is now entitled to free entry under paragraph 1615, as amended, *supra*. The claim of the plaintiff was therefore sustained.

**No. 58524.**—Sinaco Co., Inc., and H. W. Robinson & Co., Inc. *v.* United States, protests 166836–K, 182058–K, and 200159–K (New York).